IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -8 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__John Leigh_____, Plaintiff,

v.

__El Paso County Sheriff_____

_____

_____, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   __Complaint for failing to provide safe Jail.__

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   _N/A   None_

5. Are you in imminent danger of serious physical injury?

   ✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

   _You can catch Hep A_

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  12-31-23
                (Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                    2

## CERTIFICATE OF PRISON OFFICIAL

    I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: John Leigh

Signature of Authorized Prison Official: _[signature]_

Date: 12-31-23

# AUTHORIZATION

I, _John Leigh_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _JOHN LEIGH_

Prisoner Signature: _[signature]_

## RESIDENT ACCOUNT STATEMENT                                             Page    8 of    8

EL PASO COUNTY SHERIFF'S OFFICE
12/20/2023 13:43
ST  38  |  OPR   13043

Inmate ID No        :  000297526
Resident Name       :  LEIGH, JOHN MASON
Housing Location    :  CJC 2F4 I 1T
Statement Period    :  06/20/2023 - 12/20/2023

### STATEMENT SUMMARY

|      | Beginning Balance : | $0.20 |
|------|---------------------|-------|
| 27   | Deposits :          | $815.51 |
| 197  | Payments :          | $802.48 |
|      | Ending Balance :    | $13.23 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| EG104049 | 12/03/2023 | 11:37 | Order | $5.00 | | $16.54 |
| A792236 | 12/03/2023 | 11:41 | EF Commissary | | $20.00 | $36.54 |
| EG104077 | 12/03/2023 | 20:24 | Order | $19.97 | | $16.57 |
| A792342 | 12/04/2023 | 07:46 | Credit | | $1.85 | $18.42 |
| EG104089 | 12/04/2023 | 13:10 | Order | $2.00 | | $16.42 |
| EG104092 | 12/04/2023 | 15:10 | Order | $2.00 | | $14.42 |
| EG104103 | 12/04/2023 | 17:45 | Order | $2.00 | | $12.42 |
| A792590 | 12/05/2023 | 04:59 | Credit | | $3.66 | $16.08 |
| KW746 | 12/05/2023 | 09:03 | Rec Payment | $0.60 | | $15.48 |
| EG104125 | 12/05/2023 | 09:22 | Order | $11.83 | | $3.65 |
| EG104174 | 12/06/2023 | 09:49 | Order | $1.00 | | $2.65 |
| EG104175 | 12/06/2023 | 09:59 | Order | $2.00 | | $0.65 |
| KW768 | 12/12/2023 | 09:46 | Rec Payment | $0.32 | | $0.33 |
| A794473 | 12/13/2023 | 20:02 | EF Commissary | | $30.00 | $30.33 |
| A794474 | 12/13/2023 | 20:02 | Rec Payment | $1.88 | | $28.45 |
| EG104518 | 12/14/2023 | 19:51 | Order | $4.00 | | $24.45 |
| EG104551 | 12/16/2023 | 11:04 | Order | $1.00 | | $23.45 |
| EG104574 | 12/16/2023 | 18:25 | Order | $3.00 | | $20.45 |
| EG104595 | 12/17/2023 | 08:05 | Order | $4.00 | | $16.45 |
| BB29 | 12/19/2023 | 06:06 | Rec Payment | $0.22 | | $16.23 |
| EG104728 | 12/20/2023 | 09:25 | Order | $3.00 | | $13.23 |

I hereby certify that these documents are true and correct copies of the Inmate Fund Account

Name: [signature]
Title: Bookkeeper
Date: 12/20/23



Joey D. Mellons
# A00119492
2739 E. Las Vegas St.
Colorado Spgs, Co.
80906

Office of the Clerk
United States District Court
901 - 19th St. Room. A 105
Denver, Co.
80294-3589

UNCENSORED INMATE MAIL

NEOPOST 01/03/2024
US POSTAGE $001.11⁰
ZIP 80906
041M11284826
FIRST-CLASS MAIL